

**Mars Khaimov Law, PLLC**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/03/2024
```

**VIA ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

July 2, 2024

      Re:    Case 1:24-cv-03436-AT Riley v. Boston Foundry, Inc.
               Request for Extension of Scheduling Order

Dear Judge Torres:

      Plaintiff submits this letter-motion to request an extension of the Scheduling Order dated May 7, 2024, in which the Court imposed a deadline of July 2, 2024 for the Parties to submit a joint letter and proposed case management plan. The Parties are not yet in communication, and the Defendant was just recent served on July 1, 2024. As such, Plaintiff now requests that the deadline to submit the joint letter and case management plan be extended to August 16, 2024, to allow time for Defendant to appear and for the Parties to confer. This is the first time this relief is being requested.

      We thank Your Honor for the attention and consideration herein.

                                        Respectfully submitted,

                                        */s/ Mars Khaimov*
                                        Mars Khaimov, Esq.
                                        Attorney for Plaintiff

GRANTED.

SO ORDERED.

Dated: July 3, 2024
       New York, New York

                                     ANALISA TORRES
                            United States District Judge