```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2024
```

# Mars Khaimov Law, PLLC

**VIA ECF**  
The Honorable Analisa Torres  
United States District Judge  
Southern District of New York  
500 Pearl St.  
New York, New York 10007  

August 16, 2024

      Re:    Case 1:24-cv-03436-AT - *Riley v. Boston Foundry, Inc.*  
              Request for Extension of Scheduling Order

Dear Honorable Judge Torres:

      The Plaintiff's counsel respectfully submits this letter-motion to request an extension of the Scheduling Order dated May 7, 2024, in which the Court imposed a deadline of July 2, 2024 for the Parties to submit a joint letter and proposed case management plan, which was extended to August 16, 2024, pursuant to the Court's July 3, 2024 order. The Parties are in communication, and the Plaintiff is awaiting edits to the case management plan from the Defendant. As such, Plaintiff now requests that the deadline to submit the joint letter and case management plan be extended to August 23, 2024. This is the second time this relief is being requested.

      We thank Your Honor for the attention and consideration herein.

                                        Respectfully submitted,

                                        */s/ Mars Khaimov*  
                                        Mars Khaimov, Esq.  
                                        Attorney for Plaintiff

Cc: all Counsel of record on ECF

GRANTED.

SO ORDERED.                            _____  
                                                ANALISA TORRES  
Dated: August 19, 2024               United States District Judge  
        New York, New York