Mars Khaimov Law, PLLC

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/23/2024
```

**VIA ECF**

August 22, 2024

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

Re:  Case 1:24-cv-03436-AT - *Riley v. Boston Foundry, Inc.*
     Third Request for Extension of Scheduling Order

Dear Honorable Judge Torres:

The Plaintiff's counsel respectfully submits this letter-motion upon the request of the Defendant, as a courtesy, to request an extension of the Scheduling Order dated May 7, 2024, in which the Court imposed a deadline of July 2, 2024 for the Parties to submit a joint letter and proposed case management plan, which was extended to August 23, 2024, pursuant to the Court's August 19, 2024 order (Document #12).

The Parties are in communication, and defense counsel is in the process of preparing a pro hac vice motion to appear before the Southern District of New York, and so, the parties need additional time to meet and confer before submitting a joint letter and proposed case management plan/scheduling order.

As such, Plaintiff, on the Defendant's behalf, now requests a (60) sixty-day extension of the deadline to submit the joint letter and case management plan, from August 23, 2024 to and including October 22, 2024. This is the third time this relief is being requested.

We thank Your Honor for the attention and consideration herein.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

GRANTED IN PART. By **September 13, 2024**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

DATED: August 23, 2024
       New York, New York

ANALISA TORRES
United States District Judge