```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/15/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMANIE RILEY, on behalf of herself and all others similarly situated,

                       Plaintiffs,

-against-

Boston Foundry, Inc.,

                       Defendant.

24 Civ. 3436 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By **October 22, 2024**, counsel for Defendant, Boston Foundry, Inc., shall file a notice of appearance in this action.

    SO ORDERED.

Dated: October 15, 2024
          New York, New York

                                                   ANALISA TORRES
                                            United States District Judge