```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
AMANIE RILEY, on behalf of herself and all others similarly situated,

                        Plaintiffs,

-against-

Boston Foundry, Inc.,

                        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2024
```

24 Civ. 3436 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated October 15, 2024, the Court directed counsel for Defendant to file a notice of appearance in this action. ECF No. 18. That notice is now overdue. Accordingly, by **November 12, 2024**, counsel for Defendant shall file its notice of appearance on the public docket.

    Counsel for Plaintiffs is directed to send a copy of this order to Defendant by **November 4, 2024**.

    SO ORDERED.

Dated: October 30, 2024
       New York, New York

                                                ANALISA TORRES
                                          United States District Judge